UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BGC, INC.,<br><br>          Plaintiff,<br><br>    v.<br><br>KIMBERLY BRYANT,<br><br>          Defendant. | Case No. 22-cv-04801-JSC<br><br>**ORDER MODIFYING THE TEMPORARY RESTRAINING ORDER AND REFERRING ACTION TO PRIVATE MEDIATION**<br><br>RE: DKT. NO. 33 |

This Order confirms the matters discussed at the September 28, 2022 status conference.

The parties have confirmed that the domain names blackgirlscode.com, blackgirlscode.org, blackgirlscode.site, and blackgirlscode.net, have all been redirected to Plaintiff's new website: wearebgc.com. In light of this, the Court modifies its order granting Plaintiff's renewed motion for a temporary restraining order as follows: Mr. Bryant is not required to provide Plaintiff with her administrative credentials for Register.com; however, Ms. Bryant is prohibited from using her Register.com credentials, or allowing anyone else to use her Register.com credentials, to take any action with respect to the domain names subject to the Court's order.

The Court refers this matter to private mediation before Judge Maria-Elena James (Ret.) pursuant to the parties' agreement. On or before October 12, 2022, the parties shall file a joint statement indicating (1) the date they have selected for mediation, and (2) a proposed date for an initial case management conference.

**IT IS SO ORDERED.**

Dated: September 28, 2022

JACQUELINE SCOTT CORLEY
United States District Judge