TAMANY JEAN VINSON BENTZ (SBN 258600)
*tamany.bentz@us.dlapiper.com*
KRISTINA MARIE FERNANDEZ MABRIE (SBN 318315)
*kristina.fernandezmabrie@us.dlapiper.com*
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4735
Tel: 310.595.3000

COLIN JAMES STEELE (*pro hac vice forthcoming*)
*colin.steele@us.dlapiper.com*
**DLA PIPER LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
Tel: 212.335.4754

*Attorneys for Plaintiff BGC INC.*

CHARLES A. BONNER, ESQ. (SBN 85413)
*cbonner799@aol.com*
A. CABRAL BONNER, ESQ. (SBN 247528)
*cabral@bonnerlaw.com*
**LAW OFFICES OF BONNER & BONNER**
475 GATE FIVE RD., SUITE 211
SAUSALITO, CA 94965
TEL: (415) 331-3070

*Attorneys for Defendant Kimberly Bryant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BGC, INC.,<br><br>           Plaintiff,<br><br>   vs.<br><br>KIMBERLY BRYANT and DOE 1,<br><br>           Defendants. | Case No.  3:22-cv-04801-JSC<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO CONTINUE DISCOVERY DEADLINES**<br><br>Judge:         Hon. Jacqueline Scott Corley<br><br>Action Filed:  August 22, 2022 |

1

**[PROPOSED] ORDER**

The Parties' JOINT STIPULATION TO CONTINUE DISCOVERY DEADLINES came before this Court on May 10, 2023. The Court has reviewed and considered the parties' Joint Stipulation, and good cause appearing, the parties' Joint Stipulation is hereby **GRANTED** and the Discovery is continued by 60 days as follows:

1. Deadline to Move to Amend Pleadings: July 6, 2023
2. Fact Discovery Cut-Off: August 3, 2023;
3. Expert Witness Disclosures: August 29, 2023;
4. Rebuttal Expert Witness Disclosures: September 13, 2023;
5. Expert Discovery Cutoff: September 29, 2023;
6. Deadline for Hearing Dispositive Motions: November 3, 2023;

**IT IS HEREBY ORDERED**.

Dated: May 11, 2023

_____
THE HONORABLE JACQUELINE SCOTT CORLEY
U.S. District Judge